Before the Second Division, April 7, 1949

No. 53006.—R. L. Swearer Company *v.* United States, petition 6394–R (Pittsburgh).

281

Opinion by Lawrence, J. It is contended that through inadvertence the entry was made in Canadian currency instead of in United States currency. Upon the record the court was satisfied that the entry of the merchandise at a less value than that returned upon final appraisement was without any intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.